UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States,Ex Rel,Robert C. Laity,
                      -Plaintiff

Case: 1:20-cv-02511
Assigned To : Sullivan, Emmet G.
Assign. Date : 9/4/2020
Description: Pro Se Gen. Civ. (F-DECK)

vs.

U.S. Senator Kamala Devi Harris     Dated: _____
                      -Defendant

On August 13th, 2020, the undersigned Plaintiff sent an **"INFORMATION IN THE FORM OF QUO WARRANTO"** against the defendant, U.S. Senator Kamala Devi Harris to the U.S. Attorney General. I also sent a copy to President Trump. It was sent pursuant to my right under the First Amendment to the U.S. Constitution "to Petition the Government for Redress of Grievances".

The U.S. Attorney's Office has not responded to my "Information…". I assert that his failure to acknowledge my information lends itself to a conclusion that his office has declined to pursue this matter. The national security import of this matter to national security warrants this court's immediate attention considering the potential harm that will occur should Kamala Harris be fraudulently "elected" on November 3, 2020. I allege that U.S. Senator Kamala Harris, doing business in the

-2-

District of Columbia and as an elected official of the United States Government is attempting to usurp the Vice-Presidency and/or the Presidency of the United States, by fraud, during a time when this nation is at war with other nations.

The U.S. Constitution requires by law that a President be a "Natural Born Citizen" of the United States of America. <u>Article II, Sec. 1, Clause 5.</u> Furthermore, the 12th Amendment requires that a Vice-President of the United States also be eligible to the Office of the Presidency., that he/she be also a "Natural Born Citizen" of the United States of America. <u>12th Amendment.</u>

It was John Jay, our nation's first Chief Justice of the U.S. Supreme Court that stated the need for a strong check against foreign intrusion into the affairs of our sovereign nation's government. He suggested that the Office of the Presidency **NOT devolve** on anyone who is not a "Natural Born Citizen" of the United States.

What IS a "Natural Born Citizen"? It is "One born in the United States to parents who are both U.S. Citizens". How do I know this? Because the U.S. Supreme Court has used that definition in a least (6) of their

-3-

decisions. The most prominent decision was the unanimous opinion of the U.S. Supreme Court in *Minor v Happersett, 88 US 162, (1874)*. The U,S. Supreme Court said that persons born in the United States to parents who are both citizens are Natural Born Citizens. They further stated that there was "No doubt" to that. They also stated that the status of other citizens as Natural Born Citizens, that do not take into account the citizenship of the parents "Was in doubt". There is "No doubt that a "person born in the U.S. to parents who are both U.S. Citizens themselves" is a Natural Born Citizen".

The U.S. Supreme Court in Minor "sought elsewhere" then Article II to ascertained the now longtime established legal definition of "Natural Born Citizen". They looked at the definition in the Law of Nations. See: Article 1, Sec. 8 regarding the "power" of congress to "define and punish offenses of the Law of Nations". The Law of Nations was a book translated by Emerich de Vattel into French from Latin. In the late 18th century French was the official language of diplomacy. All the founders were familiar with the Law of Nations. Then Ambassador to France, Benjamin Franklin, brought the book from France and George Wash-

-4-

ington borrowed it. The French version of the Law of Nations states:

*"Les Naturels, ou indigenes, sont ceux qui sont nes dans le pays de parents citoyens"*

"Natural Born Citizens are those born in a country to parents who are both Citizens". The words "parents citoyens" is plural. BOTH parents must be citizens of the same country their offspring is born in. The founders used two terms of art "Citizen" in Article I and "Natural Born Citizen" in Art. II. The two terms "Citizen" and "Natural Born Citizen" are not tantamount.

All Natural Born Citizens are Citizens. But, all Citizens are not Natural Born Citizens.

The first (7) Presidents of the United States were grandfathered in and were not required to be Natural Born Citizens. Our first Natural Born Citizen President was number (8) Martin Van Buren. He and every other President since, **except for Chester Arthur and Barack Obama,** were Natural Born Citizens, born in the United States to parents who were both U.S. Citizens themselves.

Chester Arthur was our nations first usurper "President" in 1884. It

-5-

took (124) years for another fraud and usurper to do it again. Barack Obama usurped the Presidency, by fraud, during a time when this nation was at war. He did it again in 2012.

I have been to the U.S. Supreme Court twice regarding these usurpations and attempts at usurpations of the Presidency of the United States. In 2008 I sued the State of New York, Barack Obama and John McCain. I alleged that BOTH Obama and McCain are NOT Natural Born Citizens of the United States.

Furthermore, there was a formal investigation undertaken by the Sheriff of Maricopa County, Arizona that found that Barack Obama's birth certificate is a forgery. See: _Laity v NY, Obama and McCain, USSCt. (2014), cert.denied._

I sued the State of New York, again in 2012. That case was against NY State, Ted Cruz, Marco, Rubio and Bobby Jindal. I made a ballot access challenge since none of the above-mentioned candidate are Natural Born Citizens of the United States. See: _Laity v.NY,Cruz,Rubio and Jindal, USSCt. (2018) ,cert.denied._

Just in the last (12) years alone and after a (124) year interim period

-6-

since someone usurped the Presidency by fraud, there have been no less than **EIGHT** persons who are not Natural Born Citizens (Born in the U.S. to parents who are both U.S. Citizens themselves). They are: Barack Obama, John McCain, Ted Cruz, Marco Rubio, Bobby Jindal, Tammy Duckworth, Tulsi Gabbard, Nikki Haley, Arnold Swarzenegger and Kamala Harris. None of these people were born in the U.S. to parents who were both U.S. Citizens themselves. In the case of the defendant in the instant case, Kamala Devi Harris, although born in the United States, neither her Mother or her Father were U.S. Citizens at the time of Kamala Devi Harris' birth. The Defendant's Mother was a Citizen of India at the time of Kamala Harris's birth. The Defendant's Father was a British Jamaican Citizen when Kamala Harris was born. Kamala Harris lacks the requisite requirements under the 12th Amendment, USConst. to be Vice-President of the United States and/or President of the United States. Kamala Harris is not eligible under Article II, Sec.1, Clause 5, USConst. to be President of the United States.

*Usurpation of the Presidency or vice-presidency of the United States*

*during time of war constitutes treason and espionage against the United States of America under the UCMJ Sec.906 Article 103- spies And 18USC, Part 1, Chapter 115, Sec. 2381.*

## RELIEF SOUGHT

I hereby **MOVE** this court to **ENJOIN** Kamala Devi Harris from entering into the Office of the Vice-Presidency or Presidency of the United States on the grounds that she is not an Article II, Sec. 1, Clause 5 "Natural Born Citizen" of the United States and therefore constitutionally barred from entering into said offices.

I further **MOVE** this court to issue a **DECREE OF PERMANENT INJUNCTION** against Kamala Devi Harris from again attempting to seek election to the Presidency or Vice-Presidency, until such time as the Article II, requirement that a President must be a Natural Born Citizen and the 12th Amendment requirement that a Vice-President must be eligible to be President are repealed by proper amendment to the constitution pursuant to Article V, USConst.

*[signature]*
Robert C. Laity, pro se
43 Mosher Drive
Tonawanda, New York, 14150
Tel: (716) 260-1392

The Honorable William P. Barr
Attorney General of the United States
via Brian A. Benczkowski
DOJ Criminal Division
950 Pennsylvania Avenue, NW
Washington, D.C.
20530-0001                                                August 13, 2020

Re: Information in the nature of a
    Quo Warranto at common law

Dear U.S. Attorney General Barr,

      This letter constitutes a Petition to the United States government for redress of grievances under the provision of the first amendment of the U.S. Constitution.

It also requests that the Department of Justice seek a Writ of Quo Warranto against Vice-Presidential candidate Kamala D. Harris, whom it is alleged by me is not an Article II "Natural Born Citizen" of the United States and therefore is constitutionally barred from becoming President and/or Vice-President of the United States.

In the name of the government, I seek a court order requiring her to show cause as to her eligibility and right to hold the office of Vice-President and/or President of the United States under Article II, Sec. 1, Clause 5:

> *"No person except a natural born citizen...shall be Eligible for the office of President"*

-and under-

The 12th Amendment to the U.S. Constitution:

> *"No person constitutionally ineligible to the office of President shall be eligible to that of vice-president of the United States.*

-2-

Your office was previously apprised of my concerns regarding a pattern of illegal usurpations and attempts at usurpation of our presidency which started with Barack Obama's usurpation of the Presidency, by fraud, in 2008.

I have previously contacted each and every U.S. Attorney since then, including you, regarding this matter. I went so far as to notify Eric Holder that Obama was under formalized citizen's arrest, by me, for treason and espionage during time of war. He is not a Natural Born Citizen of the U.S. He fraudulently and illegally entered into the Presidency, during time when this nation was at war.

That constituted the taking of a false oath, criminal impersonation of a public official (DC Code) and treason and espionage against the United States. This issue at controversy will never be resolved by ignoring it and by acquiescing to a blatant derogation of the Natural Born Citizen mandate requiring Presidents and Vice-Presidents to be born in the United States to parents who are both U.S. Citizens themselves. -*Minor v. Happersett, USSCt. (1874) Unanimous.*

In the past (12) years alone there have been no less then (8) ineligible candidates running for the Presidency who are not Article II Natural Born Citizens. They are Barack Obama, who actually usurped the Presidency, John McCain, Ted Cruz, Marco Rubio, Bobby Jindal, Tammy Duckworth, Tulsi Gabbard and now Kamala Harris. None of these people met the legal criteria of being born in the U.S. to parents who were both U.S. Citizens themselves. Current speaker of the House Nancy Pelosi is complicit with Obama's crime by having fraudulently represented that Obama met all constitutional requirements to be President.

Franklin Pierce said in his book "Federal Usurpation", D. Appleton and Co., ©1908 "Let there be no change by usurpation, for this, may in one

-3-

instance be the instrument of good, is the ordinary weapon by which free governments are destroyed".

Barack Obama usurped the Presidency by fraud as did Chester Arthur before him. John McCain conspired with Barack Obama in 2008 to usurp the Presidency. McCain was not an NBC either.

It was a bi-partisan subterfuge since neither were Natural Born Citizens of the United States. Obama's birth certificate has been proven to be a forgery. Chester Arthur's as well as Obama's purported father, Barack Obama, were both British Subjects.

For various reasons the other people herein mentioned also do not meet the legal definition of Natural Born Citizen.

"What excuses are offered for these usurpations? Simply that the President though such usurpations were for the welfare of the American people. Good intentions never justify usurpations of law…the constitution was given to us as a guide of our action. It is beyond the ingenuity of man to invent a justification for its violation. The example of a President obeying it's mandates would contribute a thousandfold more to the general good than ever can come from any supposed benefit in its violation"-Franklin Pierce

Kamala Harris is the daughter of a British Jamaican Father and an Indian (India) Mother. Although Kamala Harris was born in the U.S. she was born to two foreigners from two different nations. Kamala Harris is NOT eligible to become President or VP.

Her usurpation of the Presidency or Vice-Presidency would be a treasonous crime against "We the People".

That there is now an obviously undeniable pattern of usurpations makes those who continue to look the other way, misprisioners of treason, espionage and felony.

-4-

I request that you respond to these concerns with utmost seriousness towards preserving our nation for posterity and that you acknowledge that you have been advised of these national security issues which demand your immediate attention.

*Robert C. Laity*

Robert C. Laity, Petitioner
43 Mosher Drive
Tonawanda, N.Y.
14150-5217
Tel: (716) 260-1392
Email: robertlaity@roadrunner.com


CC: Donald J. Trump, President of
    the United States of America