UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States, ex, rel, Robert C. Laity
                -Plaintiff/Relator

vs..

U.S. Senator Kamala Devi Harris,
                -Defendant

CIVIL ACTION No: 20-2511 (EGS)

Dated: September 30, 2020

CERTIFICATE OF SERVICE

## CERTIFICATE OF SERVICE

I CERTIFY THAT on September 30, 2020, I served a copy of the STANDING ORDER GOVERNING CIVIL CASES BEFORE JUDGE EMMET G. SULLIVAN, with EXHIBIT thereto attached and which is dated September 17, 2020., by U.S. Mail, this day, to:

U.S. Senator Kamala Devi Harris
U.S. Senate
112 Hart Senate Building
Washington, D.C. 20510

U.S. Attorney for D.C.
Civil Process Clerk
555 4th Street. NW,
Washington, D.C. 20530

U.S. Attorney General Wm. Barr
950 Pennsylvania Avenue. NW,
Washington, D.C. 20530

_Robert C. Laity_
Robert C. Laity, Plaintiff/Relator
43 Mosher Drive
Tonawanda, New York, 14150
(716) 260-1392
Email: robertlaity@roadrunner.com



RECEIVED
Mail Room
OCT - 5 2020
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Robert C. Laity
43 Mosher Drive
Tonawanda NY 14150-5217

In God we trust

"Where government is based on the consent of the governed, every citizen is entitled to have complete confidence in the integrity of his government. Each individual officer, employee or adviser of government must help to earn and must honor that trust by his own integrity and conduct in all official actions."

BUFFALO NY 140
1 OCT 2020 PM 1 L

Energy Awareness Month

Clerk of The Court
U.S.D.C. for D.C.
333 Constitution Ave.
Washington, D.C.
20001

20001-269999