UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States, Ex Rel, Robert C. Laity,
                            -Plaintiff     Case: 1:20-cv-02511-EGS

vs.

U.S. Senator Kamala Devi Harris,
                            -Defendant

## AFFIDAVIT OF SERVICE

I, Gerald Rakiecki, hereby declare that on the 23rd day of SEPT. 2020, I mailed an original and (2) copies of the Summons and Complaint, in the above-captioned matter, by certified U.S. Mail, return receipt requested to the U.S. Attorney General. Attached hereto is the certified green card acknowledging service.

Staple Green with original signature of person
who signed for the Summons and Complaint

Gerald Rakiecki   09/23/2020
#9 Harewood Run
Depew, New York, 14046

RECEIVED
Mail Room
OCT 15 2020
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States, Ex Rel, Robert C. Laity,
                    -Plaintiff      Case: 1:20-cv-~~20511~~-EGS

vs.

U.S. Senator Kamala Devi Harris,
                    -Defendant

## AFFIDAVIT OF SERVICE

I, Gerald Rakiecki, hereby declare that on the 23rd day of SEPT 2020, I mailed an original and (2) copies of the Summons and Complaint, in the above-captioned matter, by certified U.S. Mail, return receipt requested to the U.S. Attorney for D.C. Attached hereto is the certified green card acknowledging service.

Staple Green with original signature of person
who signed for the Summons and Complaint

Gerald Rakiecki
#9 Harewood Run
Depew, New York, 14046

RECEIVED
Mail Room
OCT 15 2020
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

US ATTORNEY D.C.
CIVIL PROCESS CLERK
555 4TH STREET N.W.
WASHINGTON DC
20530

9590 9402 5750 0003 8043 92

2. Article Number (Transfer from service label)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  SEP 29 2020
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S ATTORNEY GENERAL
950 PENNSYLVANIA AVE.
N.W. WASHINGTON DC
20530

9590 9402 5750 0003 8043 78

2. Article Number (Transfer from service label)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)
SEP 29 2020
C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt



Robert C. Laity
43 Mosher Drive
Tonawanda NY 14150-5217

"Where government is based on the consent of the governed, every citizen is entitled to have complete confidence in the integrity of his government. Each individual officer, employee or adviser of government must help to earn and must honor that trust by his own integrity and conduct in all official actions."

CLERK OF THE COURT
U.S.D.C. for D.C.
333 CONSTITUTION AVE, NW
WASHINGTON, D.C.
20001

BUFFALO NY 140
6 OCT 20 PM 1 L

In God we trust