UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States, ex rel, Robert C. Laity,<br>-Plaintiff/Relator<br>v.<br><br>U.S. Senator Kamala Devi Harris,<br>-Defendant | Case #: 1:20-cv-02511-EGS<br><br>PROCEDURAL COMMUNICATION<br><br>Date: October 14, 2020 |

This will confirm an inquiry made to the Clerk's office by telephone, on October 13, 2020 concerning the Certified Mail RRR green card for Defendant Kamala Devi Harris having been lost in the mail.

I was instructed by the Clerk's Office that a confirmation by the U.S. Postal Service that it was delivered would suffice in order to certify that delivery of the Summons and Complaint was made to an adult individual at the defendants proper address. Attached find such proof of service.

Robert C. Laity, Plaintiff
43 Mosher Drive
Tonawanda, N.Y. 14150



RECEIVED
Mail Room
OCT 19 2020
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States, Ex Rel, Robert C. Laity,
-Plaintiff

Case: 1:20-cv-02511-EGS

vs.

U.S. Senator Kamala Devi Harris,
-Defendant

## AFFIDAVIT OF SERVICE

I, Gerald Rakiecki, hereby declare that on the 23rd day of SEPT, 2020, I mailed an original and (2) copies of the Summons and Complaint, in the above-captioned matter, by certified U.S. Mail, return receipt requested to U.S. Senator Kamala Harris . Attached hereto is the certified green card acknowledging service.

Staple Green with original signature of person
who signed for the Summons and Complaint

Gerald Rakiecki
#9 Harewood Run
Depew, New York, 14046

09/23/2020



**From:** auto-reply@usps.com
**Sent:** Saturday, October 10, 2020 2:58 AM
**To:** robertlaity@roadrunner.com
**Subject:** USPS® Item Delivered, Left with Individual 70200640000048212521



Hello **Robert Christopher Laity**,

Your item was delivered to an individual at the address at 11:57 am on September 28, 2020 in WASHINGTON, DC 20510.

Tracking Number: **70200640000048212521**

**Delivered, Left with Individual**



**Tracking & Delivery Options**

**My Account**

Visit USPS Tracking® to check the most up-to-date status of your package. Sign up for Informed Delivery® to digitally preview the address side of your incoming letter-sized mail and manage your packages scheduled to arrive soon! To update how frequently you receive emails from USPS, log in to your USPS.com account.

Want regular updates on your package? Set up text alerts.



