AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| Robert C. Laity | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 20-cv-02511-EGS |
| Kamala Devi Harris | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Kamala Devi Harris .

Date: 10/26/2020

/s/ Benjamin J. Razi
*Attorney's signature*

Benjamin J. Razi (D.C. Bar No. 475946)
*Printed name and bar number*
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001

*Address*

brazi@cov.com
*E-mail address*

(202) 662-6000
*Telephone number*

(202) 778-5066
*FAX number*