IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT C. LAITY, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 20-cv-2511-EGS |
| KAMALA DEVI HARRIS | ) |
| Defendant. | ) |

## ERRATUM TO
## U.S. ALLEGIANCE INSTITUTE
## BRIEF *AMICUS CURIAE*
## IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

Movant U.S. Allegiance Institute hereby submits an erratum to the *amicus curiae* brief attached to its motion for leave to file.  Due to a scrivener's error, the word "not" was omitted from the conclusion.  As the motion for leave was filed only yesterday, the Court has not yet ruled on the motion, and as no other substantive changes were made to the brief, it is believed that no party will be prejudiced by this revision.

Respectfully submitted,

|  |  |
|---|---|
|     */s  William J. Olson* | Mario Apuzzo* (NJ Bar No. 030611982) |
| William J. Olson (D.C. Bar No. 233833) | 185 Gatzmer Avenue |
| Jeremiah L. Morgan (D.C. Bar No. 1012943) | Jamesburg, New Jersey 08831 |
| William J. Olson, P.C. | (732) 521-1900 |
| 370 Maple Avenue West, Suite 4 | apuzzo@erols.com |
| Vienna, Virginia  22180-5615 | *pro hac vice motion forthcoming |
| (703) 356-5070 | |
| wjo@mindspring.com | |
| | Counsel for *Amicus Curiae* |
| Dated:  November 10, 2020 | U.S. Allegiance Institute |