# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 20-7109**                         **September Term, 2020**

**1:20-cv-02511-EGS**

**Filed On: March 26, 2021** [1891982]

Robert C. Laity,

        Appellant

   v.

Kamala D. Harris, U.S. Senator,

        Appellee

## M A N D A T E

In accordance with the order of February 5, 2021, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                   **FOR THE COURT:**
                                   Mark J. Langer, Clerk

                       BY:    /s/
                                   Daniel J. Reidy
                                   Deputy Clerk

Link to the order filed February 5, 2021